**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHANE T. by and through his parent CATHY K.,** | : | |
| | : | |
| **Plaintiffs,** | : | **CIVIL ACTION NO. 3:16-0964** |
| | : | |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **CARBONDALE AREA SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

In light of the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion for summary judgment/judgment on the administrative record, (Doc. 15), and the plaintiffs' cross-motion for judgment on the administrative record, (Doc. 18), are both **GRANTED IN PART** and **DENIED IN PART** and the February 23, 2016 decision of the administrative hearing officer in Pennsylvania's Office for Dispute Resolution ("ODR"), (Doc. 8-2), is hereby **AFFIRMED IN PART** and **REVERSED IN PART** as follows:

(1) The defendant's motion is **GRANTED** and the plaintiffs' motion **DENIED** to the extent that it seeks reversal of the hearing officer's decision with respect to Shane's entitlement to an independent educational evaluation ("IEE") funded by the defendant;

(2) The hearing officer's denial of an IEE is **AFFIRMED**;

(3) The plaintiffs' motion is **GRANTED** and the defendant's motion **DENIED** to the extent it seeks reversal of the hearing officer's decision with respect to Cathy's entitlement to tuition reimbursement;

(4)    The hearing officer's denial of tuition reimbursement is **REVERSED**; and

(5)    The plaintiffs' motion is **DENIED** to the extent it seeks a judgment ordering the defendant to pay tuition reimbursement and attorneys' fees and costs and a declaration against the defendant; and

(6)    The matter is remanded to the administrative hearing officer at the ODR for further proceedings consistent with the court's opinion.

**IT IS FURTHER ORDERED THAT** the defendant's request for oral argument regarding its motion, (Doc. 24), is **DENIED** as moot. The Clerk of Court is directed to mark this case administratively closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0964-01 Order.wpd